SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 18 2021
ARTHUR JOHNSTON
BY ______ DEPUTY

# Affidavit of Fact

August 16 , 2021

SOUTHERN DISTRICT COURT

I Richard Amun'Ra Bey have sent Chief Judge DANIEL P. JORDAN III , F. KEITH BALL /Clerks and its Officers an Averment of Jurisdiction -Quo Warranto on June 10, 2021/ resent June 23,21, sent an Affidavit of Fact Writ of Discovery June 4, 2021/resent July 7, 2021 requesting who or where do they derive their Authority, they have not responded as of 8/17/21 and they have also received documentation of them being in Default by failing to provided Claimant with documentation of their authority. the Southern District Court , its judges ,clerks and officers has failed to prove their authority , jurisdiction and abrogating their Oath of Office to the constitution , In violation of Title 18, Part I, Chapter 13 , 241 and 242 of United States Code of Law , 13/20 Amendment section 12, states Africans cannot be citizens of the United States of America and I am NOT apart of the CORPORATION and I DO NOT HAVE ANY CONTRACT, if so, this court needs to produce the contract .the United States of America has been dissolved since 1933 (bankruptcy) (Corporation),so where's their Authority derived ,also Amendment I, IV, V, VI, VII, VIII, IX, X, Article III, section 2, Article IV , section 4, Article VI and the Treaties of 1787 / 1836 .This court is over stepping its boundaries by applying (Color of Office , Color of Law and Color of Authority) against this Claimant and since this Claimant Constitutional Rights to get Due Process of Law is being held up because this court is requesting Unconstitutional Federal Reserve Notes (Article I ,section 10 and USC 411) in violation of the constitution and their Oaths , I Richard Amun'Ra Bey is Demanding that the Southern District Court provide its Delegation of AUTHORITY in written form from congress and if I am not provided with Delegation of Authority from Chief Judge DANIEL P. JORDAN ,F. KEITH BALL (all judges) Clerks and its Officers with in 7 days , I Richard Amun'Ra Bey In Propria Persona , stating for the record I challenge this court Jurisdiction . The Cases I have

2 of 2

filed with this court (3: 21-cv-504-DPJ-FKB) , (3: 21- cv -167-DPJ- FKB

This Court is also tampering with evidence by placing my appellation In All Capital Letters Dead Corporate Status

[signature]

In Propria Persona/Sui Juris

All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103